IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTHER D. FRAZIER,<br><br>    Petitioner,<br><br>    v.<br><br>JEFF LYNCH,<br><br>    Respondent. | No.  2:23-CV-1820-WBS-DMC-P<br><br><br>ORDER |

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court are: (1) Respondent's request to seal documents, ECF No. 14; and (2) Petitioner's motions for an extension of time to file a traverse, ECF Nos. 18, 19, and 20.

        Respondent seeks an order to lodge portions of the sealed state court record as unsealed on the public docket.  The records at issue pertain to transcripts of Marsden motions heard in state court which the state court sealed.  Respondent seeks to lift the state court seal. Petitioner has not filed an opposition to Respondent's request, which will be GRANTED as unopposed.  See E. Dist. Cal. Local Rule 230(c), (l).

        Petitioner seeks additional time to file a traverse to Respondent's answer filed on October 24, 2023.  Good cause appearing therefor given the determination to lift the state court seal of certain portions of the record, discussed above, Petitioner's motions will be granted.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Respondent's request to unseal documents, ECF No. 14, is GRANTED as unopposed.

2. Within 10 days of the date of this order, Respondent shall lodge the March 8, 2016, and April 8, 2016, state court reporter's transcripts and provide Petitioner a copy of these records.

3. Petitioner's motions for an extension of time, ECF Nos. 18, 19, and 20, are GRANTED.

4. Petitioner's traverse is due within 45 days of the date of this order.

Dated: January 18, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE