**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| LUTHER D. FRAZIER, | No.  2:23-CV-1820-WBS-DMC-P |
| Petitioner, |  |
| v. | ORDER |
| JEFF LYNCH, |  |
| Respondent. |  |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court are Petitioner's motions for a 30- to 60-day extension of time to file objections to the Court's April 15, 2026, findings and recommendations.  See ECF Nos. 28 and 31.  Good cause appearing therefor based on Petitioner's declaration indicating the need for additional time to submit new evidence in support of his petition, Petitioner's motions will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.      Petitioner's motions for an extension of time, ECF Nos. 28 and 31, are granted.

2.      Objections to the Court's April 15, 2026, findings and recommendations are due within 60 days of the date of this order.

Dated:  May 14, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE